UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
BOURGORD, MELISSA E                 §         Case No. 13-83837
                                    §
          Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 10/20/2014 in Courtroom 3100,
                    U.S.Courthouse
                    327 South Church Street
                    Rockford, IL  61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____            By: /s/ Daniel M. Donahue
                                                        Trustee


DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BOURGORD, MELISSA E § Case No. 13-83837
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,852.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,852.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,335.20 | $ 0.00 | $ 1,335.20 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 1,119.00 | $ 0.00 | $ 1,119.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 89.35 | $ 0.00 | $ 89.35 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,543.55 |
| Remaining Balance | $ 3,308.45 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 87,759.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | AmeriCredit Financial Services, Inc. | $ 11,400.36 | $ 0.00 | $ 429.78 |
| 000002 | Atlas Acquisitions LLC (First Premier | $ 361.33 | $ 0.00 | $ 13.62 |
| 000003 | Sprint | $ 767.72 | $ 0.00 | $ 28.94 |
| 000004 | Navient Solutions, Inc. Department of | $ 65,932.11 | $ 0.00 | $ 2,485.59 |
| 000005 | American InfoSource LP as agent for | $ 816.97 | $ 0.00 | $ 30.80 |
| 000006 | Main Street Acquisition Corp., assignee | $ 8,480.71 | $ 0.00 | $ 319.72 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,308.45 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                                     Case No. 13-83837-TML
Melissa E Bourgord                                                         Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0752-3          User: kkrystave               Page 1 of 2            Date Rcvd: Sep 24, 2014
                              Form ID: pdf006               Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2014.
db           +Melissa E Bourgord,    10848 Borage Trail,    Roscoe, IL 61073-6336
21852968    ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
              (address filed with court:   AmeriCredit Financial Services, Inc.,    PO Box 183853,
              Arlington, TX  76096)
21216811     +AMO Recoveries,    5655 Peachtree Parkway, ste 213,    Norcross, GA 30092-2828
21216812      ATG credit,   Customer Service Center,    Indianapolis, IN 46291-0616
21329145     +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
              Arlington, TX 76096-3853
21859138     +Atlas Acquisitions LLC (First Premier Bank),    294 Union St.,    Hackensack, NJ 07601-4303
21216815     +Bank of America,    P.O. Box 5170,   Simi Valley, CA 93062-5170
21216814      Bank of America,    P.O. Box 786361,   Philadelphia, PA 19178-6361
21216816      Cadence Health,    25 N Winfield Rd,   Winfield, IL 60190-1222
21216821     +Ellis Orthodontics,    PO Box 965,   Roscoe, IL 61073-0965
21216822     +GM Financial,   P.O. Box 183834,    Arlington, TX 76096-3834
21216823     +Hyzer, Hyzer & Jacobs,    855 North Madison St,   Rockford, IL 61107-3015
21216824     +Illinois Pathologists Services,    PO Box 1259,   Oaks, PA 19456-1259
21216828     +MHRC, Inc.,   PO Box 15395,    Loves Park, IL 61132-5395
22018390      Main Street Acquisition Corp., assignee,    of SANTANDER CONSUMER USA INC.,
              c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
21216826      Main Street Acquisitions Corp,    PO Box 1479,   Lombard, IL 60148-8479
21216830      Midlund Funding,    Rockford, IL 61107
22003858      Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
              Wilkes-Barre, PA 18773-9635
21216832     +Newcomb Eye Center,    11710 Main St.,   Roscoe, IL 61073-9566
21216833      OSF,   5610 E. State St.,    Rockford, IL 61108
21216834      R&B Receivables,    860 S. Northpoint,   Enfield, CT 06082
21216835     +Rockford Adult Medicine,    534 Roxbury,   Rockford, IL 61107-5076
21216836     +Rockford Anesthesiologist,    P.O. Box 4569,   Rockford, IL 61110-4569
21216837     +Rockford Dental Care,    1301 N. Alpine Rd.,   Rockford, IL 61107-2271
21216838     +Rockford Health Physicians,    2300 N. Rockton Ave.,    Rockford, IL 61103-3619
21216839     +Rockford Health Systems,    2502 S. Alpine Rd.,   Rockford, IL 61108-7813
21216840     +Rockford Memorial Hospital,    Dept. 4628,   Carol Stream, IL 60122-0001
21216841     +Rockford Mercantile,    2502 S. Alpine Rd.,   Rockford, IL 61108-7813
21216842      Rockford Surgical Service,    Rockford, IL 61108
21216843     +Rockton Dental Care,    213 West Main,   Rockton, IL 61072-2418
21216847     +Steven Fink & Associates,    25 E. Washington St.,    Chicago, IL 60602-1876
21216848     +Swedish American Hospital,    1401 E. State St.,   Rockford, IL 61104-2298
21216849     +Target,   P.O. Box 1630,    Warren, MI 48090-1630
21216850     +Upper Iowa University,    P.O. Box 1857,   Fayette, IA 52142-1857
21216851     +Verizen Wireless,    777 Big Timber Rd.,   Elgin, IL 60123-1401
21216813      atlantcare regional medical center,    PO Box 786361,    Philadelphia, PA 19178-6361

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21216810     +E-mail/PDF: recoverybankruptcy@afninet.com Sep 25 2014 00:13:59     AFNI,   P.O. Box 3097,
              Bloomington, IL 61702-3097
22016641      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 25 2014 00:15:35
              American InfoSource LP as agent for,    Verizon,   PO Box 248838,
              Oklahoma City, OK  73124-8838
21263744     +E-mail/Text: bnc@atlasacq.com Sep 25 2014 00:10:39     Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303,    Attn: Avi Schild
21216817      E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Sep 25 2014 00:14:02     Charter Communications,
              1265 John Q Hammons 100,   Madison, WI 53717-1936
21216818     +E-mail/Text: legalcollections@comed.com Sep 25 2014 00:17:46     ComEd,   PO Box 6111,
              Carol Stream, IL 60197-6111
21216819     +E-mail/Text: aquist@creditorsprotection.com Sep 25 2014 00:17:48     Creditors Protection,
              206 W. State St.,   Rockford, IL 61101-1112
21216827     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 25 2014 00:11:29     MCM,   Dept. 12421, PO Box 603,
              Oaks, PA 19456-0603
21216829     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 25 2014 00:11:29     Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
21886099      E-mail/Text: appebnmailbox@sprint.com Sep 25 2014 00:11:26     Sprint,   Attn Bankruptcy Dept,
              PO Box 7949,   Overland Park KS 66207-0949
21216846      E-mail/Text: appebnmailbox@sprint.com Sep 25 2014 00:11:26     Sprint Wireless,   P.O. Box 4191,
              Carol Stream, IL 60197
21216844     +E-mail/PDF: pa_dc_claims@navient.com Sep 25 2014 00:13:55     Sallie Mae,   P.O. Box 9500,
              Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21216825       JRSI, Inc
21216831       NCO financial systems,   600 Holiday Plaza Dr
```

```
District/off: 0752-3          User: kkrystave              Page 2 of 2                  Date Rcvd: Sep 24, 2014
                              Form ID: pdf006              Total Noticed: 47

21216820*        +Creditors Protection,    206 W. State St.,    Rockford, IL 61101-1112
21216845*        +Sallie Mae,   P.O. Box 9500,    Wilkes Barre, PA 18773-9500
                                                                                             TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2014 at the address(es) listed below:
         Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
          ddonahue@ecf.epiqsystems.com
         Daniel  Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
         Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
         David H Carter    on behalf of Defendant Melissa E Bourgord bankruptcyclinicpc@sbcglobal.net
         David H Carter    on behalf of Debtor Melissa E Bourgord bankruptcyclinicpc@sbcglobal.net
         David J Frankel    on behalf of Creditor    AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GM Financial
          dfrankel@sormanfrankel.com, bbehanna@sormanfrankel.com
         Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 7
```