UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
BOURGORD, MELISSA E § Case No. 13-83837
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DANIEL M. DONAHUE_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America P.O. Box 786361 Philadelphia, PA 19178-6361 |  |  |  |  |  |
|  | GM Financial P.O. Box 183834 Arlington, TX 76096 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AFNI P.O. Box 3097 Bloomington, IL 61702 | | | | | |
| | AMO Recoveries 5655 Peachtree Parkway, ste 213 Norcross, GA 30092 | | | | | |
| | ATG credit Customer Service Center Indianapolis, IN 46291-0616 | | | | | |
| | Bank of America P.O. Box 5170 Simi Valley, CA 93062 | | | | | |
| | Cadence Health 25 N Winfield Rd Winfield, IL 60190-1222 | | | | | |
| | Charter Communications 1265 John Q Hammons 100 Madison, WI 53717-1936 | | | | | |
| | ComEd PO Box 6111 Carol Stream, IL 60197 | | | | | |
| | Creditors Protection 206 W. State St. Rockford, IL 61101 | | | | | |
| | Creditors Protection 206 W. State St. Rockford, IL 61101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ellis Orthodontics PO Box 965 Roscoe, IL 61073 | | | | | |
| | Hyzer, Hyzer & Jacobs 855 North Madison St Rockford, IL 61107 | | | | | |
| | Illinois Pathologists Services PO Box 1259 Oaks, PA 19456 | | | | | |
| | JRSI, Inc | | | | | |
| | MCM Dept. 12421, PO Box 603 Oaks, PA 19456 | | | | | |
| | MHRC, Inc. PO Box 15395 Loves Park, IL 61132 | | | | | |
| | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | | | | | |
| | Midlund Funding Rockford, IL 61107 | | | | | |
| | NCO financial systems 600 Holiday Plaza Dr | | | | | |
| | Newcomb Eye Center 11710 Main St. Roscoe, IL 61073 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | OSF 5610 E. State St. Rockford, IL 61108 | | | | | |
| | R&B Receivables 860 S. Northpoint Enfield, CT 06082 | | | | | |
| | Rockford Adult Medicine 534 Roxbury Rockford, IL 61107 | | | | | |
| | Rockford Anesthesiologist P.O. Box 4569 Rockford, IL 61110 | | | | | |
| | Rockford Dental Care 1301 N. Alpine Rd. Rockford, IL 61107 | | | | | |
| | Rockford Health Physicians 2300 N. Rockton Ave. Rockford, IL 61103 | | | | | |
| | Rockford Health Systems 2502 S. Alpine Rd. Rockford, IL 61108 | | | | | |
| | Rockford Memorial Hospital Dept. 4628 Carol Stream, IL 60122 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rockford Mercantile 2502 S. Alpine Rd. Rockford, IL 61108 | | | | | |
| | Rockford Surgical Service Rockford, IL 61108 | | | | | |
| | Rockton Dental Care 213 West Main Rockton, IL 61072 | | | | | |
| | Sallie Mae P.O. Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | Steven Fink & Associates 25 E. Washington St. Chicago, IL 60602 | | | | | |
| | Swedish American Hospital 1401 E. State St. Rockford, IL 61104 | | | | | |
| | Target P.O. Box 1630 Warren, MI 48090 | | | | | |
| | Upper Iowa University P.O. Box 1857 Fayette, IA 52142 | | | | | |
| | atlantcare regional medical center PO Box 786361 Philadelphia, PA 19178-6361 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000001 | AMERICREDIT FINANCIAL SERVICES, INC | | | | | |
| 000002 | ATLAS ACQUISITIONS LLC (FIRST PREMI | | | | | |
| 000006 | MAIN STREET ACQUISITION CORP., ASSI | | | | | |
| 000004 | NAVIENT SOLUTIONS, INC. DEPARTMENT | | | | | |
| 000003 | SPRINT | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-83837  TML  Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BOURGORD, MELISSA E | Date Filed (f) or Converted (c): | 11/13/13 (f) |
|  |  | 341(a) Meeting Date: | 12/12/13 |
| For Period Ending: | 12/15/14 | Claims Bar Date: | 07/16/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts | 100.00 | 0.00 |  | 0.00 | FA |
| 2. Financial Accounts | 0.00 | 0.00 |  | 0.00 | FA |
| 3. Household Goods | 1,200.00 | 0.00 |  | 0.00 | FA |
| 4. Wearing Apparel | 400.00 | 0.00 |  | 0.00 | FA |
| 5. Furs and Jewelry | 200.00 | 0.00 |  | 0.00 | FA |
| 6. Insurance Policies | 0.00 | 0.00 |  | 0.00 | FA |
| 7. Pension / Profit Sharing | 30,000.00 | 0.00 |  | 0.00 | FA |
| 8. Vehicles | 15,000.00 | 0.00 |  | 0.00 | FA |
| 9. Income tax refund (u) | 0.00 | 5,852.00 |  | 5,852.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $46,900.00    $5,852.00        $5,852.00    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR):  / /        Current Projected Date of Final Report (TFR):  / /

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 18.03a

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-83837 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | BOURGORD, MELISSA E | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******0167 GENERAL CHECKING |
| Taxpayer ID No: | *******6624 | | | |
| For Period Ending: | 12/15/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 5,852.00 | | 5,852.00 |
| 10/20/14 | 002001 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 1,335.20 | 4,516.80 |
| 10/20/14 | 002002 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,119.00 | 3,397.80 |
| 10/20/14 | 002003 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 89.35 | 3,308.45 |
| 10/20/14 | 002004 | AmeriCredit Financial Services, Inc. PO Box 183853 Arlington, TX 76096 | Claim 000001, Payment 3.8% | 7100-000 | | 429.78 | 2,878.67 |
| 10/20/14 | 002005 | Atlas Acquisitions LLC (First Premier Bank) 294 Union St. Hackensack, NJ 07601 | Claim 000002, Payment 3.8% | 7100-000 | | 13.62 | 2,865.05 |
| 10/20/14 | 002006 | Sprint Attn Bankruptcy Dept PO Box 7949 Overland Park KS 66207-0949 | Claim 000003, Payment 3.8% | 7100-000 | | 28.94 | 2,836.11 |
| 10/20/14 | 002007 | Navient Solutions, Inc. Department of Education POB 740351 Atlanta, GA 30374-0351 | Claim 000004, Payment 3.8% | 7100-000 | | 2,485.59 | 350.52 |
| 10/20/14 | 002008 | American InfoSource LP as agent for Verizon PO Box 248838 Oklahoma City, OK 73124-8838 | Claim 000005, Payment 3.8% | 7100-000 | | 30.80 | 319.72 |
| 10/20/14 | 002009 | Main Street Acquisition Corp., assignee of SANTANDER CONSUMER USA INC. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000006, Payment 3.8% | 7100-000 | | 319.72 | 0.00 |

Page Subtotals        5,852.00      5,852.00

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-83837 -TML | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | BOURGORD, MELISSA E | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0167 GENERAL CHECKING |
| Taxpayer ID No: | *******6624 | | |
| For Period Ending: | 12/15/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,852.00 | 5,852.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 5,852.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,852.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 5,852.00 | |

| | | | Page Subtotals | 0.00 | 0.00 |

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-83837 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BOURGORD, MELISSA E | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******1125  GENERAL CHECKING |
| Taxpayer ID No: | *******6624 | | |
| For Period Ending: | 12/15/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/30/14 | 9 | MELISSA E BOURGORD<br>10848 BORAGE TRL<br>ROSCOE, IL  61073-6336 | INCOME TAX REFUND | 1224-000 | 5,852.00 | | 5,852.00 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 5,852.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,852.00 | 5,852.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 5,852.00 | |
| Subtotal | 5,852.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 5,852.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********0167 | 0.00 | 5,852.00 | 0.00 |
| GENERAL CHECKING - ********1125 | 5,852.00 | 0.00 | 0.00 |
| | 5,852.00 | 5,852.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                5,852.00          5,852.00

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*